UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

LEAD CASE NO. 2012-2493
COMPANION CASE NO. 2013-1165

JULIO CARTAGENA, a/k/a Jose Mejia,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

### PETITIONER-APPELLANT JULIO CARTAGENA, A/K/A JOSE MEJIA'S VERIFIED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Petitioner-Appellant Julio Cartagena, a/k/a Jose Mejia, hereby moves the Court to dismiss Appeal No. 13-1165 pursuant to Fed. R. App. P. 42(b). In support of this motion, the Petitioner-Appellant states as follows:

1. Petitioner-Appellant's counsel filed a notice of appeal on the petitioner's behalf on December 12, 2012. The case was docketed as Appeal No. 12-2493.

3. Petitioner-Appellant independently filed a notice of appeal on February 4, 2013. The case was docketed as Appeal No. 13-1165.

4. Petitioner-Appellant's counsel, Alan D. Rose, conferred with Petitioner-Appellant by telephone on April 24, 2013. Petitioner-Appellant gave verbal authorization for counsel to file the present motion dismissing the duplicative appeal, and to proceed with Appeal No. 12-2493.

WHEREFORE, Petitioner-Appellant moves the Court to dismiss Appeal No. 13-1165.

>Respectfully submitted,
>
>JULIO CARTAGENA,
>
>By his attorney,
>
>__/s/ Alan D. Rose_____
>Alan D. Rose (CAB #29639)
>ROSE, CHINITZ & ROSE
>One Beacon Street, 4th Floor
>Boston, MA  02108
>Tel: 617-536-0040
>Fax: 617-536-4400

Date:   April 24, 2013

## **VERIFICATION**

I affirm or swear under oath that the statements set forth in the foregoing Motion are true and correct to the best of my knowledge.

>__/s/ Alan D. Rose_____
>Alan D. Rose (CAB #29639)
>ROSE, CHINITZ & ROSE
>One Beacon Street, 4th Floor
>Boston, MA  02108
>Tel: 617-536-0040
>Fax: 617-536-4400

## **CERTIFICATE OF SERVICE**

This is to certify that on April 24, 2013, a copy of the foregoing document was served upon the following by U.S. mail:

Neil J. Gallagher, Jr.
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, 9th Floor
Boston, MA 02210

         /s/ Alan D. Rose
Alan D. Rose (CAB #29639)
ROSE, CHINITZ & ROSE
One Beacon Street, 4th Floor
Boston, MA  02108
Tel: 617-536-0040
Fax: 617-536-4400